**Opinion filed June 17, 2021**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-21-00115-CR & 11-21-00116-CR

_____

## EX PARTE CHRISTOPHER HUMBLE

---

### Original Habeas Corpus Proceedings

---

## M E M O R A N D U M   O P I N I O N

Christopher Humble has filed in this court[1] a pro se application for writ of habeas corpus related to two causes pending in the 70th District Court of Ector County: Cause Nos. A-19-1196-CR and A-20-0487-CR. Humble asserts that he is being unlawfully restrained while awaiting trial on the charges in these two causes, and he asks to be released from confinement. We dismiss these proceedings.

This court has no jurisdiction over Humble's original application for writ of habeas corpus. This court's authority to exercise original jurisdiction is limited. *See*

---

[1]We note that Humble originally sent the application to the Eighth Court of Appeals in El Paso. Because the El Paso court lacks jurisdiction over cases arising from Ector County, the clerk of the El Paso court forwarded Humble's application to this court.

TEX. CONST. art. V, §§ 5, 6 (providing that the Court of Criminal Appeals has the power to issue writs of habeas corpus and that intermediate courts of appeals only have original jurisdiction as prescribed by law); TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2020) (limited writ powers granted to the courts of appeals). Furthermore, an intermediate appellate court "does not possess original habeas corpus jurisdiction of a bail issue" in a criminal case. *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, no pet.); *see Ex parte Enriquez*, 2 S.W.3d 362, 363 (Tex. App.—Waco 1999, orig. proceeding); *Denby v. State*, 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015) (providing that district courts, county courts, and the Court of Criminal Appeals have power to issue writs of habeas corpus).

We note that Humble has recently filed a notice of appeal related to the trial court's alleged denial of Humble's habeas corpus application. That appeal is currently pending in this court in Cause No. 11-21-00114-CR.

Because we lack jurisdiction over Humble's application for writ of habeas corpus, filed in Cause Nos. 11-21-00115-CR and 11-21-00116-CR, we dismiss these proceedings for want of jurisdiction.

PER CURIAM

June 17, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.